UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BYLINE BANK,

                   Plaintiff,

                                                      22 civ 6439 (JGK)

     -against-

SDS DINING CORP., et al,

                   Defendants.
-------------------------------------------------------------X

## ORDER

The September 28, 2022 conference is canceled.

The time for the defendants to respond to the complaint has passed. The plaintiff shall file default papers, via order to show cause, pursuant to this Court's rules, by **September 30, 2022.**

**SO ORDERED.**

                                                                 JOHN G. KOELTL
                                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 19, 2022