

**HINSHAW & CULBERTSON LLP**
Attorneys at Law
800 Third Avenue
13th Floor
New York, NY 10022

Anthony P. Scali
ascali@hinshawlaw.com

212-471-6225
212-935-1166 (fax)
www.hinshawlaw.com

October 25, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **NOTICE OF BANKRUPTCY FILING**
      **Byline Bank v. SDS Dining Corp.**
      **Case No.: 1:22-cv-06439-JGK**

Dear Judge Koeltl:

Our office represents plaintiff, Byline Bank, in the above referenced action.

It has come to this office's attention that after the commencement of this action, Defendant SDS Dining Corp. filed a Voluntary Petition seeking Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Southern District of New York under Case Number 22-11173-dsj. Plaintiff has been named as a creditor in that bankruptcy proceeding and, to date, the proceeding remains active.

In light of the bankruptcy filing and resulting automatic stay, we respectfully ask that the subject action be marked "stayed." Once the automatic stay is lifted, Plaintiff will promptly notify the Court so that this matter can proceed.

We thank the Court for its time and consideration. I can be reached directly at 212-671-6225 should the Court have any questions.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

/s/ *Anthony P. Scali*

Anthony P. Scali, Esq.

---

*[Handwritten note from Judge:]* This matter is stayed in view of the defendant's bankruptcy filing. The parties should file a status report by 1/13/23, or earlier if there is any relevant development. So ordered.

/s/ John G. Koeltl, U.S.D.J.
10/25/22