UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYLINE BANK,

                         Plaintiff,

                                             22-cv-6439 (JGK)

          - against -

                                             ORDER

SDS DINING CORP., ET AL.,

                         Defendants.

JOHN G. KOELTL, District Judge:

     The Clerk has issued certificates of default for defendants
Satish Arora and Stephen Chopey. The plaintiff may move by order
to show cause for a default judgment against these defendants by
**June 20, 2023.** If the plaintiff fails to seek a default judgment
by that date, the case will be dismissed without prejudice for
failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          May 23, 2023

                                    John G. Koeltl
                           United States District Judge