

**HINSHAW & CULBERTSON LLP**
Attorneys at Law
800 Third Avenue
13th Floor
New York, NY 10022

Anthony P. Scali
ascali@hinshawlaw.com

212-471-6225
212-935-1166 (fax)
www.hinshawlaw.com

June 20, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

           **Re:**    Case No.: 1:22-cv-06439; *Byline Bank v. SDS Dining Corp., et al.*
                    <u>Letter Application to Lift Stay as to Defendant SDS Dining Corp.</u>

Dear Judge Koeltl:

Our office represents the plaintiff, Byline Bank, in the above referenced action. In compliance with Your Honor's May 23, 2023 Order (ECF # 33), on June 16, 2023, Plaintiff filed its Default Judgment application against defendants Satish C. Arora and Stephen B. Chopey (ECF # 35-36.).

We are writing to request that the stay in effect against co-defendant SDS Dining Corp. ("SDS") be lifted. Previously, the stay was implemented after SDS filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of New York under Case No.: 22-11173. That proceeding is concluded and the automatic bankruptcy stay is no longer in effect.

In light of the above, we respectfully ask Your Honor to lift the stay marking in this proceeding so that Plaintiff can request the Clerk's Certificate of Default as to SDS. We can then have an application for a Default Judgment filed against SDS by on or before June 30, 2023 or by such other date as directed by this Court.

We thank the Court for its time and consideration. I can be reached directly at 212-671-6225.

                                      Respectfully submitted,

                                      HINSHAW & CULBERTSON LLP

                                      /s/ *Anthony P. Scali, Esq.*

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

6/20/23