UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYLINE BANK,

                Plaintiff,

-against-

SDS DINING CORP., STEPHEN B. CHOPEY, and SATISH C. ARORA,

                Defendants.

Case No.: 1:22-cv-06439

**ORDER TO SHOW CAUSE**

       Upon the Declaration of Anthony P. Scali, Esq. dated June 15, 2023, with exhibits annexed thereto, in support of Plaintiff Byline Bank's application by Order to Show Cause for a Default Judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure against Defendants Stephen B. Chopey and Satish C. Arora, and upon the copy of the Complaint, and all of the exhibits annexed thereto, it is hereby

       ORDERED, that the above named Defendants Stephen B. Chopey and Satish C. Arora show cause *in writing by July 7, 2023* ~~before a motion term of this Court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, ____ at ____ o'clock in the _____ noon thereof, or as soon thereafter as counsel~~ may be ~~heard~~, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure granting Plaintiff a Default Judgment as against Defendants Stephen B. Chopey and Satish C. Arora; and it is further

       ORDERED, that ~~the Defendants Stephen B. Chopey and Satish C. Arora shall~~ respond in writing ~~to this Order to Show Cause for a Default Judgment by~~ _____. If the Defendants fail to respond by that date, judgment may be entered against them and the Defendants will have no trial. The Plaintiff may reply by *July 14, 2023*; and it is further

ORDERED, that the plaintiff shall serve a copy of this Order to Show Cause (with all the accompanying Exhibits) by June 26, 2023 and shall file proof of service by June 29, 2023. No personal appearances are required in connection with this Order to Show Cause.

DATED:  New York, New York

ISSUED: 6/21/23

_____
United States District Judge