```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BYLINE BANK,

               Plaintiff,

- against -

SDS DINING CORP., ET AL.,

               Defendants.

22-cv-6439 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    On June 21, 2023, this Court issued an Order to Show Cause directing defendants Stephen B. Chopey and Satish C. Arora to show cause in writing by July 7, 2023 why a default judgment should not be entered against them. ECF No. 43. On July 5, 2023, this Court entered a separate Order to Show Cause directing the remaining defendant, SDS Dining Corp., to show cause in writing by July 21, 2023 why a default judgment should not be entered against it. ECF No. 53. The plaintiff timely served each defendant with the relevant Order to Show Cause.

    To date, Mr. Chopey and Mr. Arora have not responded to the June 21, 2023 Order to Show Cause, and SDS Dining Corp. has not responded to the July 5, 2023 Order to Show Cause. Accordingly, the plaintiff is entitled to a default judgment against all three defendants.

The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

Dated:     New York, New York
           July 31, 2023

                                            _____
                                            John G. Koeltl
                                            **United States District Judge**

2