UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BYLINE BANK,

                    Plaintiff,

    - against -

SDS DINING CORP., ET AL.,

                  Defendants.

---

22-cv-6439 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein dated April 3, 2024. ECF No. 62. No objections have been filed and the time for objections has passed. See id.

In any event, the Court finds that the Report and Recommendation is thorough and well-reasoned and should be adopted. Therefore, the Clerk is directed to enter judgment in accordance with the judgment recommended by Magistrate Judge Gorenstein at page 19 of the Report and Recommendation and provide that the case is closed.

**SO ORDERED.**

Dated:    New York, New York
           April 18, 2024

                                            John G. Koeltl
                                  United States District Judge