UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BYLINE BANK,

                     Plaintiff,                                           22 **CIVIL** 6439 (JGK)

      -against-                                                 **JUDGMENT**

SDS DINING CORP., ET AL.,

                     Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 18, 2024, the Court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein dated April 3, 2024. ECF No. 62. No objections have been filed and the time for objections has passed. The Court finds that the Report and Recommendation is thorough and well-reasoned and is adopted. Judgment is entered against SDS Dining Corp., Stephen B. Chopey, and Satish C. Arora in favor of Byline Bank in the amount of $734,489.03 ($644,998.10 in principal plus $9,021.27 in late fees plus $58,204.45 in interest calculated until September 14, 2023, plus $18,922.50 in attorney's fees plus $3,342.71 in costs). In addition to this amount, an award of interest in the amount of $110.44 per day from September 14, 2023, until the date of the judgment, in the amount of $24,075.92. In addition, the defendants shall immediately surrender and make available to Byline Bank (i) all inventory and accounts and other rights to payment of SDS; and (ii) all equipment, inventory, accounts, instruments, chattel paper, general intangibles, documents, and deposit accounts belonging to SDS Dining; accordingly, the case is closed.

**Dated:** New York, New York

       April 19, 2024

                                                               **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                                   **Deputy Clerk**